IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARMEN ANA MATOS RODRIGUEZ

xx-xx-6583

Debtor(s)

CASE NO. 19-05618-ESL13
Chapter 13

FILED & ENTERED ON DEC/17/2021

ORDER

Debtor's Motion in Compliance with Trustee's Request for Entry of Order (Docket Entry #30) is hereby granted. See Docket #31.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17 day of December, 2021.

Enrique S. Lamoutte
United States Bankruptcy Judge